IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | 8:08CR111 |
| vs.      ) | |
| ) | ORDER |
| ELIZABETH HINDS,      ) | |
| ) | |
| Defendant.      ) | |

This matter is before the court on the defendant's unopposed motion to continue trial and request for a status conference [17].  For good cause shown,

**IT IS ORDERED** that the motion [17] is granted, as follows:

1.   The trial now set for July 29, 2008 is cancelled.  The trial will be rescheduled, if necessary, by further order of the court.

2.   This matter is set for a status conference to be held **October 21, 2008 at 3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.  Since this is a criminal case, the defendant must be present, unless excused by the court.

3.   In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **July 29, 2008 and October 21, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

**DATED July 24, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**