IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 8:08CR111 |
| ELIZABETH HINDS, | ) ) **ORDER** |
| Defendant. | ) ) |

This matter is before the court on the defendant's unopposed motion to continue status hearing [23]. For good cause shown, the court will grant a continuance and continue the status conference.

**IT IS ORDERED** that the motion to continue and set for a status conference is granted as follows:

1. Defendant's Unopposed Motion to Continue Status Hearing [23] is granted;

2. The status hearing of this matter is continued to October 22, 2009 at 3:00 p.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting a continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between November 3, 2008, and October 22, 2009, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act because defendant has entered into a pretrial diversion agreement with the government which may ultimately result in this case being dismissed. Further, the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated November 3, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge